Cardillo & Corbett
Attorneys for Plaintiff
Orexis Holdings Pte. Ltd.
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
OREXIS HOLDINGS PTE. LTD.,            :
                                      :
                          Plaintiff,  :   **ECF**
                                      :   **RULE 7.1 STATEMENT**
              -against-               :
                                      :   07 CV 11421 (LAK)
JA VESTA PTE. LTD.,                   :
                                      :
                          Defendant.  :
-------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, OREXIS HOLDINGS PTE. LTD. (a private non-governmental party), certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated:   New York, New York
         December 13, 2007

                              CARDILLO & CORBETT
                              Attorneys for Plaintiff
                              OREXIS HOLDINGS PTE. LTD.

                          By: _____
                              Francis H. McNamara (FM 4649)