JUDGE KAPLAN

Cardillo & Corbett
Attorneys for Plaintiff
Orexis Holdings Pte. Ltd.
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212

**07 CV 11421**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-20-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
OREXIS HOLDINGS PTE. LTD.,

                   Plaintiff,

    -against-

JA VESTA PTE. LTD.,

                  Defendant.
------------------------------------x

ECF
**ORDER APPOINTING PERSON TO SERVE PROCESS**
07 Civ.

Upon motion of the Plaintiff for an order appointing Robert V. Corbett, Christophil B. Costas, Tulio R. Prieto, James P. Rau, Francis H. McNamara, Enmanuel O. Suarez, or any other partner, associate, paralegal or other agent of Cardillo & Corbett to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process in this action, and

Upon reading the Affidavit of Francis H. McNamara, sworn to December 17, 2007, and good cause having been shown,

IT IS ORDERED that Robert V. Corbett, Christophil B. Costas, Tulio R. Prieto, James P. Rau, Francis H. McNamara, Enmanuel O. Suarez, or any other partner, associate, paralegal or other agent of Cardillo & Corbett be and is hereby

appointed to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process upon the Defendant herein and upon the garnishees.

Dated:  New York, New York
        December 20, 2007

_____
United State District Judge