UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

**Orexis Holdings Pte, Ltd.**,

             Plaintiff(s)

  V.

**Ja Vesta Pte, Ltd.**,

             Defendant(s).
------------------------------x

07-cv-11421 (LAK)

HON. LEWIS A KAPLAN:

ORDER

     This action will be dismissed without prejudice without any further action by the Court unless, on consent of plaintiff, on or before May 1, 2008, plaintiff shall have filed a proof of service on defendant or proof that plaintiff has succeeded in attaching property pursuant to the maritime attachment previously issued.

SO ORDERED.

                                                _____
                                                UNITED STATES DISTRICT JUDGE

Dated:      New York, N.Y.
              March 5, 2008