UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
OREXIS HOLDINGS PTE, LTD.,

           Plaintiff,

    -against-                                07 Civ. 11421 (LAK)

JA VESTA PTE, LTD.,

           Defendant.
------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       This action is dismissed without prejudice given plaintiff's failure to file proof of service in accordance with the order dated March 5, 2008.

       SO ORDERED.

Dated:     May 8, 2008

                                                            Lewis A. Kaplan
                                                          United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08